IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANTHONY SALCEDO,<br><br>　　　　Defendant and Judgment Debtor. | Case No.: 2:16-MC-00050-MCE-AC<br><br>**[Proposed] FINAL ORDER OF GARNISHMENT (BANK ACCOUNTS)**<br><br>CRIMINAL CASE NO: 2:11-CR-00353-MCE |
| JP MORGAN CHASE BANK, N.A.,<br>(and its Successors and Assignees)<br><br>　　　　Garnishee. | |

　　Pending before the Court is the United States' application for a final order of garnishment (the Garnishment Application) against defendant Anthony Salcedo's bank accounts at garnishee, JP Morgan Chase Bank, N.A. (Chase Bank). As set forth in the Garnishment Application, the United States sought and obtained the writ to collect the $435,195.64 Defendant owes for the unpaid balance of his criminal judgment and a statutorily authorized litigation surcharge. The Clerk issued the writ, which the United States served upon Chase Bank and the Defendant and his wife, Anh Salcedo.

　　Chase Bank served and filed its acknowledgement of service and answer of garnishee (the Answer) to the writ, which identifies multiple accounts in which the Defendant maintains an interest.

Neither the Defendant nor his wife timely: claimed an exemption to the proposed garnishment of the Chase Bank accounts; objected to the Answer; requested a hearing, or otherwise objected to the United States' garnishment action.

In accordance with 28 U.S.C. § 3205(c)(7), after the Garnishee files an Answer, and if no hearing is requested within the required time period, the court shall promptly enter an order directing the Garnishee as to the disposition of the Judgment Debtor's property.

Accordingly, THE COURT HEREBY ORDERS that:

1. The United States' Garnishment Application is GRANTED.

2. Garnishee Chase Bank shall, within 20 days following service of this Order, LIQUIDATE, PAY and DELIVER to the Clerk of Court $70,181.34 from Defendant's checking account No. x—8272 and $30,112.44 from his savings account No. x—6802 plus any subsequent deposits made to the accounts since March 10, 2016 (the Garnished Amount).

3. Chase Bank shall mail or deliver a cashier's check or money order made PAYABLE to the "Clerk of Court" for the Garnished Amount to the Clerk of Court, United States District Court for the Eastern District of California, 501 I Street, Suite 4-200, Sacramento, CA, 95814.  Chase Bank shall state the criminal case number (Case No. 2:11-cr-353-MCE) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

4. If the values of the two accounts to be garnished above have changed from the values stated in Chase Bank's Answer, Chase Bank shall file and serve an amended Answer reflecting the Garnished Amount concurrently with its payment.

5. This is a final order of garnishment; upon payment and processing of the Garnished Amount as ordered above, this writ shall terminate pursuant to 28 U.S.C. § 3205(c)(10)(B) and the Clerk shall close this file.

IT IS SO ORDERED.

DATED: May 26, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE